United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| AUSTIN de TAGLE,<br><br>    Plaintiffs,<br><br>  v.<br><br>SANTA CLARA COUNTY SHERIFF DEPARTMENT and HAKEEM LEE,<br><br>    Defendants. | Case Nos.  5:24-cv-03481 NC<br><br>**SUA SPONTE JUDICIAL REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

In accordance with Civil Local Rule 3-12(c), IT IS HEREBY ORDERED that the above captioned case is referred to the Honorable p. Casey Pitts for consideration of whether the case is related to 5:24-cv-00556 PCP, *Austin de Tagle v. Santa Clara County Sheriff.*

**IT IS SO ORDERED.**

Dated:  June 11, 2024

                 _____
                 NATHANAEL M. COUSINS
                 United States Magistrate Judge

Case No. 24-cv-03481 NC
SUA SPONTE JUDICIAL REFERRAL