United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ORLANDO S. de TAGLE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SANTA CLARA COUNTY,<br><br>　　　　　Defendant. | Case Nos.  5:24-cv-04115 NC<br><br>**SUA SPONTE JUDICIAL REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

In accordance with Civil Local Rule 3-12(c), IT IS HEREBY ORDERED that the above captioned case is referred to the Honorable P. Casey Pitts for consideration of whether the case is related to 5:24-cv-00556 PCP, *Austin de Tagle v. Santa Clara County Sheriff*.

**IT IS SO ORDERED.**

Dated:  July 15, 2024

_____
NATHANAEL M. COUSINS
United States Magistrate Judge

Case No. 24-cv-04115 NC
SUA SPONTE JUDICIAL REFERRAL