UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORLANDO SANCHEZ DE TAGLE,<br><br>Plaintiff,<br><br>v.<br><br>SANTA CLARA COUNTY SHERIFF HERNANDEZ M3C, et al.,<br><br>Defendants. | Case No. 25-cv-01887-SVK<br><br>***SUA SPONTE* JUDICIAL REFERRAL FOR PURPOSE OF DETERMINING CASE RELATIONSHIP** |

In accordance with Civil L.R. 3-12(c) and as set forth in more detail in the Court's Order Granting Motion for Reconsideration; Granting IFP Application and Screening Amended Complaint Pursuant to 28 U.S.C. § 1915(e); and Issuing *Sua Sponte* Referral for Purposes of Determining Case Relationship, (Dkt. 22), **IT IS HEREBY ORDERED** that the above captioned case is **REFERRED** to the Honorable Eumi K. Lee to determine whether it is related to *De Tagle v. Santa Clara County Sheriff*, Case No. 24-cv-00556-EKL.

**SO ORDERED.**

Dated: September 19, 2025

SUSAN VAN KEULEN
United States Magistrate Judge