UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AUSTIN DE TAGLE,<br><br>                Plaintiff,<br><br>        v.<br><br>SANTA CLARA COUNTY SHERIFF,<br><br>                Defendant. | Case No. 24-cv-00556-EKL   (SVK)<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP**<br><br>Re: Dkt. No. 13 |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED, to the Honorable Judge Eumi K. Lee for consideration of whether the case is related to 25-cv-01887-SVK, Sanchez de Tagle v. Santa Clara County Sheriff.

**IT IS SO ORDERED.**

Dated: 09/18/2025

_____
SUSAN VAN KEULEN
United States Magistrate Judge